In the Matter of the Claim of J. Douglas, Respondent, against Kenn-Well Contracting Company et al., Appellants.

The State Industrial Board, Respondent.

(Argued November 20, 1928; decided December 4, 1928.)

*Jeremiah F. Connor* and *William E. Lowther* for appellants.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

no opinion.

Concur: Cardozo, Ch. J., Pound, Andrews, Kellogg and O'Brien, JJ. Dissent: Crane and Lehman, JJ.